ALICE LARAINE DIMERY, Appellant, v ULSTER SAVINGS BANK, Respondent.

Submitted June 30, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELG UTICA ALLOYS, INC., as Successor by Merger to UNIVERSAL WASTE, INC., Appellant, v DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted July 21, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for an order sealing appellant's corporate disclosure statement etc. denied.

HILLCREST HOMES, LLC, Appellant, v ALBION MOBILE HOMES, INC., Doing Business as HERITAGE ESTATES, et al., Respondents.

Submitted June 2, 2014; decided September 4, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.